IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RUBY CLAVELLE,

      Petitioner,

v.

      CASE NO. 1D15-4486

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Opinion filed May 16, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ruby Clavelle, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002). "We do, however, encourage the circuit court to promptly rule on the merits of the claim before it." Id. at 733.

      PETITION DENIED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.